UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | __12-25009__ |
| Kevin T Mewborn | : | | |
| Sharon D Mewborn | : | Adv. No.: | _____ |
| | : | Judge: | __JNP__ |
| Debtor (s), | : | | |
| _____ | : | Chapter: | __13__ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. __4C__
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**   July 29, 2016 @ 10:00 AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   __✔__ ARE REQUIRED   ____ ARE NOT REQUIRED

DATED:   July 1, 2016                              JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __July 1__, 20 __16__ the foregoing notice was served on the following:

Kevin and Sharon Mewborn
Seymour Wasserstrum
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 12-25009-JNP
Kevin T Mewborn                                                     Chapter 13
Sharon D Mewborn
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1                  Date Rcvd: Jul 01, 2016
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2016.
db/jdb         +Kevin T Mewborn,    Sharon D Mewborn,    33 Duchess Place,    Millville, NJ 08332-7930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2016 at the address(es) listed below:
              Dori L. Scovish    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 doris@efwlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura D. Ruccolo    on behalf of Creditor    South Jersey Auto Finance, Inc. lruccolo@capehart.com,
               abennett@capehart.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 sobrien@flwlaw.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Sharon D Mewborn mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Kevin T Mewborn mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                               TOTAL: 9