| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin T Mewborn** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7053** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sharon D Mewborn** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2667** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of New Jersey** | | Date case filed in chapter   **13**   **6/12/12** |
| Case number:   **12–25009–JNP** | | Date case converted to chapter   **7**   **7/29/16** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin T Mewborn | Sharon D Mewborn |
| 2. | **All other names used in the last 8 years** | | aka Sharon D Williams |
| 3. | **Address** | 33 Duchess Place <br> Millville, NJ 08332 | 33 Duchess Place <br> Millville, NJ 08332 |
| 4. | **Debtor's attorney** <br> Name and address | Seymour Wasserstrum <br> Law Offices of Seymour Wasserstrum <br> 205 West Landis Avenue <br> Vineland, NJ 08360 | Contact phone (856) 696–8300 |
| 5. | **Bankruptcy trustee** <br> Name and address | John W. Hargrave <br> Law Offices of John W. Hargrave <br> 117 Clements Bridge Rd <br> Barrington, NJ 08007 | Contact phone (856) 547–6500 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 401 Market Street<br>Camden, NJ 08102 | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 856–361–2300<br><br>Date: 8/5/16 |
| 7. | **Meeting of creditors** | **September 16, 2016 at 09:00 AM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| | All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/15/16** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                            page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-25009-JNP
Kevin T Mewborn                                                         Chapter 7
Sharon D Mewborn
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 3            Date Rcvd: Aug 05, 2016
                                Form ID: 309A          Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2016.
```
db/jdb         +Kevin T Mewborn,    Sharon D Mewborn,    33 Duchess Place,    Millville, NJ 08332-7930
513125991       1st American Acceptance Co,    C/O Hayt, Hayt And Landau,    2 Industrial Way West, Po Box 500,
                 Eatontown, NJ 07724-0500
513125992      +Ameriloan,   P.O. Box 111,    Miami, OK 74355-0111
513125993      +Ascent Card Services,    C/O Northland Group Inc,    Po Box 390846,    Minneapolis, MN 55439-0846
513125994      +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
513414520      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513126003      +CCS/First Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
513125999      +Capital Auto Sales,    1329 Delsea Drive,    Vineland, NJ 08360-2255
513126002       Captial One Services,   C/O Nudelman, Nudelman And Ziering,    425 Eagle Rock Ave, Ste 403,
                 Roseland, NJ 07068-1717
513126004      +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
513126005       Comcast,   PO Box 3005,   Southeastern, PA 19398-3005
513126008       Cooper University Physicians,    Po Box 95000-4345,    Philadelphia, PA 19195-4345
513127898      +Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield MI 48034-8331
513126010      +Cumberland County Superior Court,    C/O Dc00466308,    60 West Broad Street,
                 Bridgeton, NJ 08302-2515
513210035       FCC Finance, LLC as servicer for,    FCC Investment Trust 1,    P.O. Box 795489,
                 Dallas, Tx 75379-5489
513126013      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
513126014       Fingerhut,   PO Box 166,    Newark, NJ 07101-0166
513126016      +First National Collection Bureau, Inc,    Po Box 51660,    Sparks, NV 89435-1660
513126019      +Helen L Slone, M.D.,    1601 N Second St, Suite D3,    Millville, NJ 08332-1924
513126020      +Home At Five,    1112 7th Avenue,    Monroe, WI 53566-1364
513126023      +Kennedy Health Systems,    900 Medical Center Drive,    Sewell, NJ 08080-2358
513126024      +LHR Incorporated,    56 Main Street,    Hamburg, NY 14075-4905
516322886      +Loan Til Payday,    1511 N Dupont Hwy Ste 11,    New Castle, DE 19720-1900
513126025       Masseys,   Po Box 2822,   Monroe, WI 53566-8022
513126027       Montomgery Ward,    3650 Milwaukee St,    Madison, WI 53714-2399
513126028      +Nationwide Credit, Inc,    Po Box 105182,    Atlanta, GA 30348-5182
513362163      +Premier Capital Inc.,    226 Lowell Street,    Wilmington, MA 01887-3074
513126032       Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
513126034       QVC,   C/O Penn Credit,    916 S 14th St, Po Box 988,    Harrisburg, PA 17108-0988
513126035       Regional Diagnostic Imaging, LLC,    2527 Cranberry Highway,    Wareham, MA 02571-1046
515078134      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
513126036       Salute,   Po Box 105555,    Atlanta, GA 30348-5555
513126037       Security Networks,    Po Box 165923,    Miami, FL 33116-5923
513126038      +Security Savings Bank,    C/O Mattleman, Weinroth And Miller,    401 Route 70 East, Ste 100,
                 Cherry Hill, NJ 08034-2410
513126039      +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
513126040      +South Jersey Auto Finance,    409 N Main Street,    Glassboro, NJ 08028-1633
513126042       South Jersey Hospital,    Po Box 48274,    Newark, NJ 07101-8474
514469591      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514469592      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386,    Specialized Loan Servicing LLC,    Bankruptcy Dept
513126044      +Sun National Bank,    226 W Landis Avenue,    Vineland, NJ 08360-8142
513126046      +The Cottages Of The Palm Beaches,    Po Box 14970,    N. Palm Beach, FL 33408-0970
513126047      +Transworld Systems, Inc,    Po Box 17221,    Wilmington, DE 19850-7221
513126048      +Tribute/FBOD,   Po Box 105555,    Atlanta, GA 30348-5555
513126051      +Western Sky Financial, LLC,    Po Box 370,    Timber Lake, SD 57656-0370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: mylawyer7@aol.com Aug 05 2016 22:39:25     Seymour Wasserstrum,
                Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,    Vineland, NJ 08360
tr             +EDI: FJWHARGRAVE.COM Aug 05 2016 22:33:00      John W. Hargrave,
                Law Offices of John W. Hargrave,    117 Clements Bridge Rd,    Barrington, NJ 08007-1803
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 05 2016 22:40:31      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 05 2016 22:40:22     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513152154       EDI: AIS.COM Aug 05 2016 22:33:00     American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
513288903       EDI: AIS.COM Aug 05 2016 22:33:00     American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK 73124-8838
513263867       EDI: AIS.COM Aug 05 2016 22:33:00     American InfoSource LP as agent for,
                InSolve Recovery, LLC,    PO Box 269093,   Oklahoma City, OK 73126-9093
513366841       EDI: RESURGENT.COM Aug 05 2016 22:34:00     Ascent Card Services, LLC its successors and,
                assigns as assignee of Plains Commerce,    Bank,   Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: admin                Page 2 of 3                  Date Rcvd: Aug 05, 2016
                              Form ID: 309A              Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513125995      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 05 2016 22:40:04      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Carneys Point, NJ 08069-3600
513125997      +EDI: BANKAMER.COM Aug 05 2016 22:34:00       BAC Home Loans/Countrywide,    450 American St #SV416,
                 Simi Valley, CA 93065-6285
513213582      +EDI: BANKAMER2.COM Aug 05 2016 22:34:00       Bank of America N.A.,    Loss/Recovery,
                 800 Market St,    MO1-800-06-14,    St. Louis, MO 63101-2506
513125998       E-mail/PDF: ch.collections@verizon.net Aug 05 2016 22:37:23       C & H Collections,
                 Po Box 1399,    Merchantville, NJ  08109-0399
513126000      +EDI: CAPITALONE.COM Aug 05 2016 22:34:00       Capital One,    Po Box 30273,
                 Salt Lake City, UT 84130-0273
513126001      +EDI: CAPONEAUTO.COM Aug 05 2016 22:33:00       Capital One Auto Finance,    3901 Dallas Parkway,
                 Plano, TX 75093-7864
513148333      +EDI: AISACG.COM Aug 05 2016 22:35:00       Capital One Auto Finance (CODB),
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
513148333      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 05 2016 23:36:53
                 Capital One Auto Finance (CODB),    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
513126004      +E-mail/Text: jfelder@chaserec.com Aug 05 2016 22:41:31      Chase Receivables,     1247 Broadway,
                 Sonoma, CA 95476-7503
513126006      +E-mail/Text: bankruptcy@consumerportfolio.com Aug 05 2016 22:40:43
                 Consumer Portfolio Services,    Po Box 57071,    Irvine, CA 92619-7071
513126007       E-mail/Text: legal-dept@cooperhealth.edu Aug 05 2016 22:41:35       Cooper University Hospital,
                 Po Box 6037,    Bellmawr, NJ  08099-6037
513126009       EDI: RCSFNBMARIN.COM Aug 05 2016 22:33:00       Credit One Bank,    Po Box 98873,
                 Las Vegas, NV  89193-8873
513126011      +EDI: DCI.COM Aug 05 2016 22:33:00       Diversified Consultants, Inc,    Po Box 551268,
                 Jacksonville, FL 32255-1268
513126011      +E-mail/Text: bankruptcynotices@dcicollect.com Aug 05 2016 22:41:10
                 Diversified Consultants, Inc,    Po Box 551268,    Jacksonville, FL 32255-1268
513126012       E-mail/Text: bknotice@erccollections.com Aug 05 2016 22:40:35       Enhanced Recovery Company,
                 8014 Bayberry Road,    Jacksonville, FL  32256-7412
513126015      +E-mail/Text: legal@firstconsumercredit.com Aug 05 2016 22:39:39       First Consumer Credit Inc,
                 405 State Highway 121 Bypass, Bldg A 250,    Lewisville, TX 75067-4183
513126018      +EDI: AMINFOFP.COM Aug 05 2016 22:34:00       First Premier Bank,    601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
513126017       EDI: AMINFOFP.COM Aug 05 2016 22:34:00       First Premier Bank,    3820 N Louise Avenue,
                 Sioux Falls, SD  57107-0145
513126021      +EDI: HFC.COM Aug 05 2016 22:34:00       Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513193958       EDI: JEFFERSONCAP.COM Aug 05 2016 22:35:00       Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
513126022       EDI: JEFFERSONCAP.COM Aug 05 2016 22:35:00       Jefferson Capital Systems, LLC,
                 16 McLeland Road,    St Cloud, MN  56303
513317391       EDI: RESURGENT.COM Aug 05 2016 22:34:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
513126026      +EDI: MID8.COM Aug 05 2016 22:33:00       Midland Credit Management,    8875 Aero Drive,
                 San Diego, CA 92123-2255
513860056       EDI: AIS.COM Aug 05 2016 22:33:00       Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457,    Midland Funding LLC
513860055       EDI: AIS.COM Aug 05 2016 22:33:00       Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
513126029      +E-mail/Text: egssupportservices@egscorp.com Aug 05 2016 22:40:41       Nco Financial Services,
                 Po Box 15391,    Wilmington, DE 19850-5391
513862373      +EDI: PRA.COM Aug 05 2016 22:33:00       PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513862372      +EDI: PRA.COM Aug 05 2016 22:33:00       PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
513126031      +E-mail/Text: bankruptcypgl@plaingreenloans.com Aug 05 2016 22:40:59       Plain Green Loans,
                 Attn: Customer Support,    93 Mack Road, Suite 600, PO Box 270,    Box Elder, MT 59521-0270
513191729      +E-mail/Text: csidl@sbcglobal.net Aug 05 2016 22:40:56      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
513126033       EDI: CCS.COM Aug 05 2016 22:33:00       Progressive Insurance,    C/O Credit Collection Service,
                 Po Box 9134,    Neeham, MA  02494-9134
513268951       EDI: Q3G.COM Aug 05 2016 22:35:00       Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
513250763       EDI: Q3G.COM Aug 05 2016 22:35:00       Quantum3 Group LLC as agent for,
                 World Financial Network Bank,    PO Box 788,    Kirkland, WA  98083-0788
513126041      +E-mail/Text: egssupportservices@egscorp.com Aug 05 2016 22:40:41
                 South Jersey Cardiology, P.C.,    C/O NCO Financial Services,    507 Prudential Road,
                 Horsham, PA 19044-2308
513126043       EDI: NEXTEL.COM Aug 05 2016 22:33:00       Sprint,    Po Box 105243,    Atlanta, GA  30348-5243
513226833      +E-mail/Text: bncmail@w-legal.com Aug 05 2016 22:40:39       TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513126045      +EDI: WTRRNBANK.COM Aug 05 2016 22:34:00       Target Corp,    Po Box 673,
                 Minneapolis, MN 55440-0673
513416477      +EDI: BANKAMER.COM Aug 05 2016 22:34:00       The Bank of New York Mellon FKA The Bank of New Yo,
                 c/o Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
513184745      +E-mail/Text: bncmail@w-legal.com Aug 05 2016 22:40:39       USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0312-1          User: admin              Page 3 of 3                  Date Rcvd: Aug 05, 2016
                              Form ID: 309A            Total Noticed: 93

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513126049       +EDI: USAA.COM Aug 05 2016 22:33:00     USAA Savings Bank,    Po Box 33009,
                 San Antonio, TX 78265-3009
513384268        EDI: VERIZONWIRE.COM Aug 05 2016 22:34:00      VERIZON WIRELESS,    PO BOX 3397,
                 BLOOMINGTON, IL 61702-3397
513126050        EDI: VERIZONWIRE.COM Aug 05 2016 22:34:00      Verizon Wireless,    Po Box 25505,
                 Lehigh Valley, PA 18002-5505
513126052        EDI: WFNNB.COM Aug 05 2016 22:34:00     Wffnb/Brylane Homes,    Po Box 182789,
                 Columbus, OH 43218-2789
513126053       +EDI: WFNNB.COM Aug 05 2016 22:34:00     Wfnnb/Jessica London,    Po Box 182789,
                 Columbus, OH 43218-2789
                                                                                              TOTAL: 52

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513125996*      +Atlantic City Electric,    5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
513193959*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
513216539*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
513254470*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
513126030       ##+Pentagroup Financial,    5959 Corporate Drive, Ste 1400,    Houston, TX 77036-2311
                                                                              TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              Dori L. Scovish    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 doris@efwlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura D. Ruccolo    on behalf of Creditor    South Jersey Auto Finance, Inc. lruccolo@capehart.com,
               abennett@capehart.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 sobrien@flwlaw.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Sharon D Mewborn mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Kevin T Mewborn mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                              TOTAL: 9
```