## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:  12-25009-JNP |
| | Chapter:  7 |
| Kevin T Mewborn and Sharon D Mewborn | Judge:  Jerrold N. Poslusny Jr. |

### NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

---

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

---

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on October 25, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | Residence at:33 Duchess Place, Millville, NJ 08332 Date purchased: 2003Purchase Price : $55,000Mortgage is held with Bank of America. Payments are $985 permonth Arrears to be cured through plan payment | $71,756.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Residence at: 33 Duchess Place Millville, NJ 08332Date purchased: 2003Purchase Price : $55,000Mortgage is held with Bank of America. Payments are $985 permonth Arrears to be cured through plan payment | 1st mortgage---Bank of America | $157,274.06 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Residence at :33 Duchess Place, Millville, NJ 08332 Date purchased: 2003Purchase to be cured through plan payment | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ John W. Hargrave

Address:        117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:    (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-25009-JNP
Kevin T Mewborn                                                           Chapter 7
Sharon D Mewborn
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3               Date Rcvd: Sep 22, 2016
                             Form ID: pdf905          Total Noticed: 90

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2016.
```
db/jdb          +Kevin T Mewborn,    Sharon D Mewborn,   33 Duchess Place,   Millville, NJ 08332-7930
513125991       +1st American Acceptance Co,   C/O Hayt, Hayt And Landau,   2 Industrial Way West, Po Box 500,
                 Eatontown, NJ  07724-0500
513125992       +Ameriloan,   P.O. Box 111,   Miami, OK 74355-0111
513125993       +Ascent Card Services,   C/O Northland Group Inc,   Po Box 390846,   Minneapolis, MN 55439-0846
513125994       +Aspire,   Po Box 105555,   Atlanta, GA 30348-5555
513125997       +BAC Home Loans/Countrywide,   450 American St #SV416,   Simi Valley, CA 93065-6285
513213582       +Bank of America N.A.,   Loss/Recovery,   800 Market St,   MO1-800-06-14,
                 St. Louis, MO 63101-2506
513414520       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
513126003       +CCS/First Savings Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
513125999       +Capital Auto Sales,   1329 Delsea Drive,   Vineland, NJ 08360-2255
513126000       +Capital One,   Po Box 30273,   Salt Lake City, UT 84130-0273
513126002        Captial One Services,   C/O Nudelman, Nudelman And Ziering,   425 Eagle Rock Ave, Ste 403,
                 Roseland, NJ  07068-1717
513126005       +Comcast,   PO Box 3005,   Southeastern, PA  19398-3005
513126008       +Cooper University Physicians,   Po Box 95000-4345,   Philadelphia, PA  19195-4345
513127898       +Credit Acceptance,   25505 W 12 Mile Rd Ste 3000,   Southfield MI 48034-8331
513126010       +Cumberland County Superior Court,   C/O Dc00466308,   60 West Broad Street,
                 Bridgeton, NJ 08302-2515
513210035        FCC Finance, LLC as servicer for,   FCC Investment Trust 1,   P.O. Box 795489,
                 Dallas, Tx 75379-5489
513126013       +Financial Recoveries,   200 E Park Drive Ste 100,   Mount Laurel, NJ 08054-1297
513126014        Fingerhut,   PO Box 166,   Newark, NJ  07101-0166
513126016       +First National Collection Bureau, Inc,   Po Box 51660,   Sparks, NV 89435-1660
513126018       +First Premier Bank,   601 S Minnesota Avenue,   Sioux Falls, SD 57104-4868
513126017        First Premier Bank,   3820 N Louise Avenue,   Sioux Falls, SD  57107-0145
513126019       +Helen L Slone, M.D.,   1601 N Second St, Suite D3,   Millville, NJ 08332-1924
513126020       +Home At Five,   1112 7th Avenue,   Monroe, WI 53566-1364
513126021       +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
513126023       +Kennedy Health Systems,   900 Medical Center Drive,   Sewell, NJ 08080-2358
513126024       +LHR Incorporated,   56 Main Street,   Hamburg, NY 14075-4905
516322886       +Loan Til Payday,   1511 N Dupont Hwy Ste 11,   New Castle, DE 19720-1900
513126025        Masseys,   Po Box 2822,   Monroe, WI  53566-8022
513126027       +Montomgery Ward,   3650 Milwaukee St,   Madison, WI  53714-2399
513126028       +Nationwide Credit, Inc,   Po Box 105182,   Atlanta, GA  30348-5182
513362163       +Premier Capital Inc.,   226 Lowell Street,   Wilmington, MA 01887-3074
513126032        Pressler And Pressler, LLP,   7 Entin Road,   Parsippany, NJ  07054-5020
513126034       +QVC,   C/O Penn Credit,   916 S 14th St, Po Box 988,   Harrisburg, PA  17108-0988
513126035        Regional Diagnostic Imaging, LLC,   2527 Cranberry Highway,   Wareham, MA  02571-1046
515078134       +SPECIALIZED LOAN SERVICING LLC,   8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
513126036        Salute,   Po Box 105555,   Atlanta, GA 30348-5555
513126037        Security Networks,   Po Box 165923,   Miami, FL  33116-5923
513126038       +Security Savings Bank,   C/O Mattleman, Weinroth And Miller,   401 Route 70 East, Ste 100,
                 Cherry Hill, NJ 08034-2410
513126039       +Seventh Avenue,   1112 7th Ave,   Monroe, WI 53566-1364
513126040       +South Jersey Auto Finance,   409 N Main Street,   Glassboro, NJ 08028-1633
513126042        South Jersey Hospital,   Po Box 48274,   Newark, NJ  07101-8474
514469591       +Specialized Loan Servicing LLC,   Bankruptcy Dept,   8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514469592       +Specialized Loan Servicing LLC,   Bankruptcy Dept,   8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 Bankruptcy Dept 80129-2386
513126044       +Sun National Bank,   226 W Landis Avenue,   Vineland, NJ 08360-8142
513126045       +Target Corp,   Po Box 673,   Minneapolis, MN 55440-0673
513416477       +The Bank of New York Mellon FKA The Bank of New Yo,   c/o Bank of America, N.A.,
                 7105 Corporate Drive,   Plano, TX 75024-4100
513126046       +The Cottages Of The Palm Beaches,   Po Box 14970,   N. Palm Beach, FL 33408-0970
513126047       +Transworld Systems, Inc,   Po Box 17221,   Wilmington, DE 19850-7221
513126048       +Tribute/FBOD,   Po Box 105555,   Atlanta, GA 30348-5555
513126049       +USAA Savings Bank,   Po Box 33009,   San Antonio, TX 78265-3009
513126050        Verizon Wireless,   Po Box 25505,   Lehigh Valley, PA  18002-5505
513126051       +Western Sky Financial, LLC,   Po Box 370,   Timber Lake, SD 57656-0370
513126052       +Wffnb/Brylane Homes,   Po Box 182789,   Columbus, OH  43218-2789
513126053       +Wfnnb/Jessica London,   Po Box 182789,   Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 22 2016 23:14:12    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 22 2016 23:14:09    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-1            User: admin              Page 2 of 3              Date Rcvd: Sep 22, 2016
                               Form ID: pdf905          Total Noticed: 90

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513152154       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2016 23:16:39
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
513288903       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2016 23:16:35
                American InfoSource LP as agent for,   Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
513263867       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2016 23:16:44
                American InfoSource LP as agent for,   InSolve Recovery, LLC,    PO Box 269093,
                Oklahoma City, OK  73126-9093
513366841       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2016 23:09:55
                Ascent Card Services, LLC its successors and,   assigns as assignee of Plains Commerce,   Bank,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
513125995      +E-mail/Text: bankruptcy@pepcoholdings.com Sep 22 2016 23:13:49        Atlantic City Electric,
                5 Collins Drive Suite 2133,   Carneys Point, NJ 08069-3600
513125998       E-mail/PDF: ch.collections@verizon.net Sep 22 2016 23:10:11        C & H Collections,
                Po Box 1399,   Merchantville, NJ  08109-0399
513126001      +E-mail/Text: AIS.COAF.EBN@Americaninfosource.com Sep 22 2016 23:10:29
                Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
513148333      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 22 2016 23:10:28
                Capital One Auto Finance (CODB),   c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
513126004      +E-mail/Text: compliance@chaserec.com Sep 22 2016 23:15:08        Chase Receivables,
                1247 Broadway,   Sonoma, CA 95476-7503
513126006      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 22 2016 23:14:22
                Consumer Portfolio Services,   Po Box 57071,   Irvine, CA 92619-7071
513126007       E-mail/Text: legal-dept@cooperhealth.edu Sep 22 2016 23:15:09        Cooper University Hospital,
                Po Box 6037,   Bellmawr, NJ  08099-6037
513126009       E-mail/Text: creditonebknotifications@resurgent.com Sep 22 2016 23:13:32        Credit One Bank,
                Po Box 98873,   Las Vegas, NV  89193-8873
513126011      +E-mail/Text: bankruptcynotices@dcicollect.com Sep 22 2016 23:14:49
                Diversified Consultants, Inc,   Po Box 551268,   Jacksonville, FL 32255-1268
513126012       E-mail/Text: bknotice@ercollections.com Sep 22 2016 23:14:15        Enhanced Recovery Company,
                8014 Bayberry Road,   Jacksonville, FL  32256-7412
513126015      +E-mail/Text: legal@firstconsumercredit.com Sep 22 2016 23:13:31        First Consumer Credit Inc,
                405 State Highway 121 Bypass, Bldg A 250,   Lewisville, TX 75067-4183
513193958       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 22 2016 23:14:24        Jefferson Capital Systems LLC,
                PO BOX 7999,   SAINT CLOUD MN 56302-9617
513126022       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 22 2016 23:14:24        Jefferson Capital Systems, LLC,
                16 McLeland Road,   St Cloud, MN  56303
513317391       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2016 23:10:13
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
513126026      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 22 2016 23:14:09        Midland Credit Management,
                8875 Aero Drive,   San Diego, CA 92123-2255
513860056      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2016 23:16:40        Midland Funding LLC,
                by American InfoSource LP as agent,   Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513860055       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2016 23:16:43        Midland Funding LLC,
                by American InfoSource LP as agent,   Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
513126029      +E-mail/Text: egssupportservices@egscorp.com Sep 22 2016 23:14:21        Nco Financial Services,
                Po Box 15391,   Wilmington, DE 19850-5391
513862373      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2016 23:09:50
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541,
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513862372      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 22 2016 23:10:23
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513126031      +E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 22 2016 23:14:36        Plain Green Loans,
                Attn: Customer Support,   93 Mack Road, Suite 600, Po Box 270,   Box Elder, MT 59521-0270
513191729      +E-mail/Text: csidl@sbcglobal.net Sep 22 2016 23:14:34        Premier Bankcard/Charter,
                Po Box 2208,   Vacaville, CA 95696-8208
513126033       E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 22 2016 23:15:02        Progressive Insurance,
                C/O Credit Collection Service,   Po Box 9134,   Neeham, MA  02494-9134
513268951       E-mail/Text: bnc-quantum@quantum3group.com Sep 22 2016 23:14:03
                Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,    PO Box 788,
                Kirkland, WA  98083-0788
513250763       E-mail/Text: bnc-quantum@quantum3group.com Sep 22 2016 23:14:03
                Quantum3 Group LLC as agent for,   World Financial Network Bank,    PO Box 788,
                Kirkland, WA  98083-0788
513126041      +E-mail/Text: egssupportservices@egscorp.com Sep 22 2016 23:14:21
                South Jersey Cardiology, P.C.,   C/O NCO Financial Services,    507 Prudential Road,
                Horsham, PA 19044-2308
513126043       E-mail/Text: appebnmailbox@sprint.com Sep 22 2016 23:14:06        Sprint,   Po Box 105243,
                Atlanta, GA  30348-5243
513226833      +E-mail/Text: bncmail@w-legal.com Sep 22 2016 23:14:19        TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513184745      +E-mail/Text: bncmail@w-legal.com Sep 22 2016 23:14:19        USAA FEDERAL SAVINGS BANK,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: Sep 22, 2016
                              Form ID: pdf905          Total Noticed: 90
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Isabel Balboa
cr            Jefferson Capital Systems LLC
cr*          +South Jersey Auto Finance, Inc.,   409 N. Main Street,    Glassboro, NJ 08028-1633
cr*          +The Bank of New York Mellon FKA The Bank of New Yo,   c/o Bank of America, N.A.,
              7105 Corporate Drive,   Plano, TX 75024-4100
513125996*   +Atlantic City Electric,   5 Collins Drive, Suite 2133,   Carneys Point, NJ 08069-3600
513193959*   ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-9617)
513216539*   ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-9617)
513254470*   ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-9617)
513126030    ##+Pentagroup Financial,   5959 Corporate Drive, Ste 1400,   Houston, TX 77036-2311
513384268    ##VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
                                                                         TOTALS: 2, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
          Dori L. Scovish   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
           Certificates Series 2007-9 doris@efwlaw.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John W. Hargrave   on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          John W. Hargrave   trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
           Certificates Series 2007-9 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Laura D. Ruccolo   on behalf of Creditor   South Jersey Auto Finance, Inc. lruccolo@capehart.com,
           abennett@capehart.com
          Sean M. O'Brien   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
           Certificates Series 2007-9 sobrien@flwlaw.com
          Seymour  Wasserstrum   on behalf of Joint Debtor Sharon D Mewborn mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour  Wasserstrum   on behalf of Debtor Kevin T Mewborn mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                              TOTAL: 10
```