Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 18, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| Kevin T. Mewborn and Sharon D. Mewborn aka Sharon D Williams, | Case No. 12-25009-JNP |
| | Hearing Date: 10/18/2016 @ 10:00 A.M. |
| | Judge: Jerrold N. Poslusny Jr. |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 18, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

NJOrdVacStay01                                                                                           4121-N-7596

| Debtors: | Kevin T. Mewborn and Sharon D. Mewborn aka Sharon D Williams |
|---|---|
| Case No.: | 12-25009-JNP |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 33 Duchess Pl, Millville, New Jersey 08332;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-25009-JNP
Kevin T Mewborn                                                     Chapter 7
Sharon D Mewborn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin          Page 1 of 1          Date Rcvd: Oct 19, 2016
                                 Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db/jdb          +Kevin T Mewborn,    Sharon D Mewborn,    33 Duchess Place,    Millville, NJ 08332-7930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              Dori L. Scovish    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 doris@efwlaw.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trusteesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trusteesolutions.net
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura D. Ruccolo    on behalf of Creditor    South Jersey Auto Finance, Inc. lruccolo@capehart.com,
               abennett@capehart.com
              Sean M. O'Brien    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 sobrien@flwlaw.com
              Seymour  Wasserstrum    on behalf of Debtor Kevin T Mewborn mylawyer7@aol.com,   ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Joint Debtor Sharon D Mewborn mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                        TOTAL: 11