**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kevin T Mewborn** | Social Security number or ITIN  **xxx–xx–7053** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sharon D Mewborn** | Social Security number or ITIN  **xxx–xx–2667** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **12–25009–JNP**

---

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kevin T Mewborn                                     Sharon D Mewborn
                                                    aka Sharon D Williams


11/23/16                                            **By the court:**  Jerrold N. Poslusny Jr.
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-25009-JNP
Kevin T Mewborn                                                       Chapter 7
Sharon D Mewborn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 4           Date Rcvd: Nov 23, 2016
                              Form ID: 318             Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
```
db/jdb         +Kevin T Mewborn,    Sharon D Mewborn,    33 Duchess Place,    Millville, NJ 08332-7930
cr             +Specialized Loan Servicing LLC,   C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
513125991       1st American Acceptance Co,    C/O Hayt, Hayt And Landau,    2 Industrial Way West, Po Box 500,
                 Eatontown, NJ 07724-0500
513125992      +Ameriloan,    P.O. Box 111,   Miami, OK 74355-0111
513125993      +Ascent Card Services,    C/O Northland Group Inc,   Po Box 390846,    Minneapolis, MN 55439-0846
513125994      +Aspire,    Po Box 105555,   Atlanta, GA 30348-5555
513414520      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
513126003      +CCS/First Savings Bank,    500 E 60th St N,   Sioux Falls, SD 57104-0478
513125999      +Capital Auto Sales,    1329 Delsea Drive,   Vineland, NJ 08360-2255
513126002       Captial One Services,    C/O Nudelman, Nudelman And Ziering,    425 Eagle Rock Ave, Ste 403,
                 Roseland, NJ 07068-1717
513126005       Comcast,    PO Box 3005,   Southeastern, PA 19398-3005
513126008       Cooper University Physicians,    Po Box 95000-4345,    Philadelphia, PA 19195-4345
513127898      +Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,    Southfield MI 48034-8331
513126010      +Cumberland County Superior Court,    C/O Dc00466308,    60 West Broad Street,
                 Bridgeton, NJ 08302-2515
513210035       FCC Finance, LLC as servicer for,    FCC Investment Trust 1,    P.O. Box 795489,
                 Dallas, Tx 75379-5489
513126013      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
513126014       Fingerhut,    PO Box 166,   Newark, NJ 07101-0166
513126016      +First National Collection Bureau, Inc,    Po Box 51660,    Sparks, NV 89435-1660
513126019      +Helen L Slone, M.D.,    1601 N Second St, Suite D3,    Millville, NJ 08332-1924
513126020      +Home At Five,    1112 7th Avenue,   Monroe, WI 53566-1364
513126023      +Kennedy Health Systems,    900 Medical Center Drive,    Sewell, NJ 08080-2358
513126024      +LHR Incorporated,    56 Main Street,   Hamburg, NY 14075-4905
516322886      +Loan Til Payday,    1511 N Dupont Hwy Ste 11,    New Castle, DE 19720-1900
513126025       Masseys,    Po Box 2822,   Monroe, WI 53566-8022
513126027      +Montgomery Ward,    3650 Milwaukee St,   Madison, WI 53714-2399
513126028       Nationwide Credit, Inc,    Po Box 105182,   Atlanta, GA 30348-5182
513362163      +Premier Capital Inc.,    226 Lowell Street,   Wilmington, MA 01887-3074
513126032       Pressler And Pressler, LLP,    7 Entin Road,   Parsippany, NJ 07054-5020
513126034       QVC,    C/O Penn Credit,   916 S 14th St, Po Box 988,    Harrisburg, PA 17108-0988
513126035       Regional Diagnostic Imaging, LLC,    2527 Cranberry Highway,    Wareham, MA 02571-1046
515078134      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
513126036       Salute,    Po Box 105555,   Atlanta, GA 30348-5555
513126037       Security Networks,    Po Box 165923,   Miami, FL 33116-5923
513126038      +Security Savings Bank,    C/O Mattleman, Weinroth And Miller,    401 Route 70 East, Ste 100,
                 Cherry Hill, NJ 08034-2410
513126039      +Seventh Avenue,    1112 7th Ave,   Monroe, WI 53566-1364
513126040      +South Jersey Auto Finance,    409 N Main Street,   Glassboro, NJ 08028-1633
513126042       South Jersey Hospital,    Po Box 48274,   Newark, NJ 07101-8474
514469591      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514469592      +Specialized Loan Servicing LLC,    Bankruptcy Dept,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 Bankruptcy Dept 80129-2386
513126044      +Sun National Bank,    226 W Landis Avenue,   Vineland, NJ 08360-8142
513126046      +The Cottages Of The Palm Beaches,    Po Box 14970,    N. Palm Beach, FL 33408-0970
513126047      +Transworld Systems, Inc,    Po Box 17221,   Wilmington, DE 19850-7221
513126048      +Tribute/FBOD,    Po Box 105555,   Atlanta, GA 30348-5555
513126051      +Western Sky Financial, LLC,    Po Box 370,   Timber Lake, SD 57656-0370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2016 22:53:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2016 22:53:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513152154       EDI: AIS.COM Nov 23 2016 22:43:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
513288903       EDI: AIS.COM Nov 23 2016 22:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
513263867       EDI: AIS.COM Nov 23 2016 22:43:00      American InfoSource LP as agent for,
                 InSolve Recovery, LLC,    PO Box 269093,   Oklahoma City, OK 73126-9093
513366841       EDI: RESURGENT.COM Nov 23 2016 22:43:00      Ascent Card Services, LLC its successors and,
                 assigns as assignee of Plains Commerce,    Bank,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513125995      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 23 2016 22:53:30      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Carneys Point, NJ 08069-3600
```

```
District/off: 0312-1          User: admin              Page 2 of 4                 Date Rcvd: Nov 23, 2016
                              Form ID: 318             Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513125997     +EDI: BANKAMER.COM Nov 23 2016 22:38:00      BAC Home Loans/Countrywide,   450 American St #SV416,
               Simi Valley, CA 93065-6285
513213582     +EDI: BANKAMER2.COM Nov 23 2016 22:38:00      Bank of America N.A.,    Loss/Recovery,
               800 Market St,   MO1-800-06-14,   St. Louis, MO 63101-2506
513125998      E-mail/PDF: ch.collections@verizon.net Nov 23 2016 22:47:58     C & H Collections,
               Po Box 1399,   Merchantville, NJ  08109-0399
513126000     +EDI: CAPITALONE.COM Nov 23 2016 22:38:00      Capital One,   Po Box 30273,
               Salt Lake City, UT 84130-0273
513126001     +EDI: CAPONEAUTO.COM Nov 23 2016 22:38:00      Capital One Auto Finance,   3901 Dallas Parkway,
               Plano, TX 75093-7864
513148333     +EDI: AISACG.COM Nov 23 2016 22:38:00      Capital One Auto Finance (CODB),
               c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
513148333     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 23 2016 22:47:38
               Capital One Auto Finance (CODB),   c/o Ascension Capital Group,   P.O. Box 201347,
               Arlington, TX 76006-1347
513126004     +E-mail/Text: compliance@chaserec.com Nov 23 2016 22:54:38      Chase Receivables,
               1247 Broadway,   Sonoma, CA 95476-7503
513126006     +E-mail/Text: bankruptcy@consumerportfolio.com Nov 23 2016 22:53:54
               Consumer Portfolio Services,   Po Box 57071,   Irvine, CA 92619-7071
513126007      E-mail/Text: legal-dept@cooperhealth.edu Nov 23 2016 22:54:42     Cooper University Hospital,
               Po Box 6037,   Bellmawr, NJ  08099-6037
513126009      EDI: RCSFNBMARIN.COM Nov 23 2016 22:38:00     Credit One Bank,   Po Box 98873,
               Las Vegas, NV  89193-8873
513126011     +EDI: DCI.COM Nov 23 2016 22:43:00      Diversified Consultants, Inc,   Po Box 551268,
               Jacksonville, FL 32255-1268
513126011     +E-mail/Text: bankruptcynotices@dcicollect.com Nov 23 2016 22:54:13
               Diversified Consultants, Inc,   Po Box 551268,   Jacksonville, FL 32255-1268
513126012      E-mail/Text: bknotice@erccollections.com Nov 23 2016 22:53:48      Enhanced Recovery Company,
               8014 Bayberry Road,   Jacksonville, FL  32256-7412
513126015     +E-mail/Text: legal@firstconsumercredit.com Nov 23 2016 22:53:16      First Consumer Credit Inc,
               405 State Highway 121 Bypass, Bldg A 250,   Lewisville, TX 75067-4183
513126018     +EDI: AMINFOFP.COM Nov 23 2016 22:38:00      First Premier Bank,   601 S Minnesota Avenue,
               Sioux Falls, SD 57104-4868
513126017      EDI: AMINFOFP.COM Nov 23 2016 22:38:00      First Premier Bank,   3820 N Louise Avenue,
               Sioux Falls, SD  57107-0145
513126021     +EDI: HFC.COM Nov 23 2016 22:38:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
513193958      EDI: JEFFERSONCAP.COM Nov 23 2016 22:38:00     Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617
513126022      EDI: JEFFERSONCAP.COM Nov 23 2016 22:38:00     Jefferson Capital Systems, LLC,
               16 McLeland Road,   St Cloud, MN  56303
513317391      EDI: RESURGENT.COM Nov 23 2016 22:43:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
513126026     +EDI: MID8.COM Nov 23 2016 22:38:00      Midland Credit Management,   8875 Aero Drive,
               San Diego, CA 92123-2255
513860056     +EDI: AIS.COM Nov 23 2016 22:43:00      Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513860055      EDI: AIS.COM Nov 23 2016 22:43:00      Midland Funding LLC,   by American InfoSource LP as agent,
               Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
513126029     +E-mail/Text: egssupportservices@egscorp.com Nov 23 2016 22:53:52      Nco Financial Services,
               Po Box 15391,   Wilmington, DE 19850-5391
513862373     +EDI: PRA.COM Nov 23 2016 22:38:00      PRA Receivables Management, LLC,   POB 41067,
               Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513862372     +EDI: PRA.COM Nov 23 2016 22:38:00      PRA Receivables Management, LLC,   POB 41067,
               Norfolk, VA 23541-1067
513126031     +E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 23 2016 22:54:04      Plain Green Loans,
               Attn: Customer Support,   93 Mack Road, Suite 600, PO Box 270,   Box Elder, MT 59521-0270
513191729     +E-mail/Text: csidl@sbcglobal.net Nov 23 2016 22:54:02      Premier Bankcard/Charter,
               PO Box 2208,   Vacaville, CA 95696-8208
513126033      EDI: CCS.COM Nov 23 2016 22:43:00      Progressive Insurance,   C/O Credit Collection Service,
               Po Box 9134,   Neeham, MA  02494-9134
513268951      EDI: Q3G.COM Nov 23 2016 22:38:00      Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,
               PO Box 788,   Kirkland, WA  98083-0788
513250763      EDI: Q3G.COM Nov 23 2016 22:38:00      Quantum3 Group LLC as agent for,
               World Financial Network Bank,   PO Box 788,   Kirkland, WA  98083-0788
513126041     +E-mail/Text: egssupportservices@egscorp.com Nov 23 2016 22:53:52
               South Jersey Cardiology, P.C.,   C/O NCO Financial Services,   507 Prudential Road,
               Horsham, PA 19044-2308
513126043      EDI: NEXTEL.COM Nov 23 2016 22:38:00      Sprint,   Po Box 105243,   Atlanta, GA  30348-5243
513226833     +E-mail/Text: bncmail@w-legal.com Nov 23 2016 22:53:51      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513126045     +EDI: WTRRNBANK.COM Nov 23 2016 22:38:00      Target Corp,   Po Box 673,
               Minneapolis, MN 55440-0673
513416477     +EDI: BANKAMER.COM Nov 23 2016 22:38:00      The Bank of New York Mellon FKA The Bank of New Yo,
               c/o Bank of America, N.A.,   7105 Corporate Drive,   Plano, TX 75024-4100
513184745     +E-mail/Text: bncmail@w-legal.com Nov 23 2016 22:53:51      USAA FEDERAL SAVINGS BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513126049     +EDI: USAA.COM Nov 23 2016 22:38:00      USAA Savings Bank,   Po Box 33009,
               San Antonio, TX 78265-3009
```

```
District/off: 0312-1          User: admin              Page 3 of 4                    Date Rcvd: Nov 23, 2016
                              Form ID: 318             Total Noticed: 92

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513384268         EDI: VERIZONWIRE.COM Nov 23 2016 22:38:00      VERIZON WIRELESS,    PO BOX 3397,
                   BLOOMINGTON, IL 61702-3397
513126050         EDI: VERIZONWIRE.COM Nov 23 2016 22:38:00      Verizon Wireless,    Po Box 25505,
                   Lehigh Valley, PA 18002-5505
513126052         EDI: WFNNB.COM Nov 23 2016 22:38:00      Wffnb/Brylane Homes,    Po Box 182789,
                   Columbus, OH 43218-2789
513126053        +EDI: WFNNB.COM Nov 23 2016 22:38:00      Wfnnb/Jessica London,    Po Box 182789,
                   Columbus, OH 43218-2789
                                                                                              TOTAL: 50

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp              Isabel Balboa
cr                Jefferson Capital Systems LLC
cr*              +South Jersey Auto Finance, Inc.,    409 N. Main Street,    Glassboro, NJ 08028-1633
cr*              +The Bank of New York Mellon FKA The Bank of New Yo,     c/o Bank of America, N.A.,
                   7105 Corporate Drive,    Plano, TX 75024-4100
513125996*       +Atlantic City Electric,    5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
513193959*       ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,   SAINT CLOUD MN 56302-7999
                   (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                   SAINT CLOUD MN 56302-9617)
513216539*       ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,   SAINT CLOUD MN 56302-7999
                   (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                   SAINT CLOUD MN 56302-9617)
513254470*       ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,   SAINT CLOUD MN 56302-7999
                   (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                   SAINT CLOUD MN 56302-9617)
513126030       ##+Pentagroup Financial,    5959 Corporate Drive, Ste 1400,    Houston, TX 77036-2311
                                                                                 TOTALS: 2, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Dori L. Scovish    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 doris@efwlaw.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed
               Certificates Series 2007-9 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura D. Ruccolo    on behalf of Creditor    South Jersey Auto Finance, Inc. lruccolo@capehart.com,
               abennett@capehart.com
```

```
District/off: 0312-1          User: admin              Page 4 of 4            Date Rcvd: Nov 23, 2016
                              Form ID: 318             Total Noticed: 92
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Sean M. O'Brien   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, As Trustee for the benefit of the Certificateholders of the CWABS, Inc., Asset-backed Certificates Series 2007-9 sobrien@flwlaw.com
        Seymour  Wasserstrum   on behalf of Joint Debtor Sharon D Mewborn mylawyer7@aol.com, ecf@seymourlaw.net
        Seymour  Wasserstrum   on behalf of Debtor Kevin T Mewborn mylawyer7@aol.com,  ecf@seymourlaw.net
        TOTAL: 11