Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 12–25009–JNP
          Chapter: 7
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin T Mewborn | Sharon D Mewborn |
| 33 Duchess Place | aka Sharon D Williams |
| Millville, NJ 08332 | 33 Duchess Place |
| | Millville, NJ 08332 |

Social Security No.:
  xxx–xx–7053                                          xxx–xx–2667

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 29, 2016</u>            <u>Jerrold N. Poslusny Jr.</u>
                                                           Judge, United States Bankruptcy Court